**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Gregory Lawrence TROPEA, Defendant–Appellant.**

**No. 15-7390**

United States Court of Appeals, Fourth Circuit.

Submitted: October 18, 2016

Decided: November 4, 2016

Gregory Lawrence Tropea, Appellant Pro Se. Kevin Patrick Hudson, Assistant United States Attorney, Norfolk, Virginia; Lisa Rae McKeel, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Lawrence Tropea appeals the district court's orders denying his motion for transcripts at government expense and his motion for reconsideration.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Tropea, No. 4:13–cr–00075–RGD–DEM–1 (E.D. Va. July 31 & Aug. 18, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* Although "the Federal Rules of Criminal Procedure do not specifically provide for motions for reconsideration," Nilson Van & Storage Co. v. Marsh, 755 F.2d 362, 364 (4th Cir. 1985), we have acknowledged that, in certain circumstances, district courts have the inherent authority to decide motions for reconsideration in criminal cases. United States v. Goodwyn, 596 F.3d 233, 236 (4th Cir. 2010).